**Link63**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIAZ AHMED, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>WESTERN REFINING RETAIL, LLC, *et al.*,<br><br>        Defendant. | Case No. 2:20-cv-08342-VAP-SK<br><br>Assigned to: Hon. Virginia A. Phillips<br>Courtroom: 6A<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**[PROPOSED] ORDER**

The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby GRANTS the stipulation and ORDERS as follows:

This entire action is dismissed with prejudice. Each party is to bear its own costs and attorneys' fees other than those awarded by the court in the global settlement approved in *Maynor, et al. v. Western Refining Retail, LLC*, Case No. CIV SB 2209052 (San Bernardino Superior Court).

**IT IS SO ORDERED.**

Dated: 5/3/23                                    UNITED STATES DISTRICT COURT

*Virginia A. Phillips*
_____

Hon. Virginia A. Phillips
United States District Court Judge